**UNITED STATES of America v. Nora Valentine DEMAREE.**

No. 933.

Circuit Court of Appeals, Tenth Circuit.
May 16, 1934.

Randolph C. Shaw, Sp. Asst. to Atty. Gen., for the United States.

Henry S. Johnston, of Perry, Okl., for appellee.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Cause reversed and remanded, per stipulation, with directions to enter judgment for appellant.